[No. 2936-2. Division Two. December 1, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BATY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-2741, Robert J. Bryan, J., entered June 1, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 5452-1. Division One. December 4, 1978.]

JOHN I. HAAS IMPORT COMPANY, INC., ET AL, *Respondents,* v. AMERICAN & FOREIGN INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 812720, George H. Revelle, J., entered February 18, 1977. *Affirmed as modified* by unpublished opinion per McInturff, J., concurred in by Andersen, A.C.J, and Williams, J.

[No. 5854-1. Division One. December 4, 1978.]

THE CITY OF SEATTLE, *Respondent,* v. BARBARA TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80690, Edward E. Henry, J., entered July 8, 1977. *Affirmed* by unpublished per curiam opinion.